LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T:(707) 595-4474\ F:(707) 540-6298
E: elg@guzmanlaw.org

Attorney for Defendant
Argelio Lozano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12CR0503-MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |
| v. | |
| ARGELIO LOZANO, | SAN FRANCISCO VENUE |
| Defendant. | Current Schedule:<br>Defendant's Motion Due: **09/18/13**<br>Government's Response Due: **10/02/13**<br>Defendant's Reply Due: **10/09/13**<br>Motion Hearing: **10/23/13**<br><br>Proposed Schedule:<br>Defendant's Motion Due: **10/16/13**<br>Government's Response Due: **10/30/13**<br>Defendant's Reply: **11/06/13**<br>Motion Hearing: **11/20/13** |

The defense has requested discovery pertaining to the forthcoming motion. The parties are currently making arrangements regarding the requested discovery. However, additional time is necessary for the parties to resolve outstanding discovery issues. For this reason, the parties request that the briefing schedule be modified as requested. Also, the parties request the hearing

1  be continued to November 20, 2013.  The parties further request that time be excluded form the
2  speedy trial clock to allow for adequate preparation of counsel.
3  IT IS SO STIPULATED

6      7/15/13
7  DATED                                             /s/
8                                                    MELINDA HAAG
                                                     United States Attorney
                                                     Northern District of California
9                                                    STACEY GEIS
                                                     Assistant United States Attorney

12     2/13/13
13  DATED                                            /s/
14                                                   ERICK L. GUZMAN
                                                     Attorney for Mr. Lozano

Stip. and [Proposed] order modifying                 2                    Case No. CR-12-0503-MMC
briefing schedule and continuing hearing

**[PROPOSED] ORDER**

For good cause shown, the briefing schedule for the above case be modified as follows: The defense motion is due October 16, 2013; the government's response is due October 30, 2013; and the defense reply is November 6, 2013.

The motion hearing is rescheduled to November 20, 2013.

The time between October 23, 2013 and November 20, 2013 be excluded from the speedy trial clock based on the need for effective preparation of counsel per 18 U.S.C. §3161(h)(7)(B)(iv). ~~(1)(B)(iv)~~.

**IT IS SO ORDERED.**

September 24, 2013
DATED

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY
United States District Court Judge